UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

Entered on Docket
January 29, 2010

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-77874

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-09-31475-mkn |
| Tracy L. Goupil and George P. Goupil | Date: 12/23/2009<br>Time: 10:30 am |
| | Chapter 7 |
| Debtors. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 9486 Grove Ridge, Las Vegas, NV 89148, and legally described as follows:

ALL THAT PARCEL OF LAND IN CLARK COUNTY STATE OF NEVADA AS MORE FULLY DESCRIBED IN DEED DOCUMENT 2002123003181 AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCELONE(1): LOT FOUR HUNDRED FORTY-ONE (441) IN BLOCK FIFTEEN (15) OF RUSSELL/ FORT APACHE - UNIT 7 AND ALL APPURTENANT INTEREST AS SHOWN BY MAP THEREOF ON FILE IN BOOK 105 OF PLATS, PAGE 45 AND AS AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED JULY 25, 2002 AS INSTRUMENT NO. 02383 IN BOOK 20020725 IN THE OFFCIE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT AND PUBLIC UTILITY PURPOSES ON, OVER AND ACROSS THE PRIVATE STREETS AND COMMON AREAS ON THE MAP REFERENCED HEREIN ABOVE,

PARCEL TWO(2): A NONEXCLUSIVE EASEMEND FOR INGRESS, EGRESS, AND ENJOYMENT AND PUBLIC UTILITY PURPOSEON, OVER AND ACROSS THE PRIVATE STREETS AND COMMONAREAS ON THE MAP REFERENCED HEREIN ABOVE, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE(1).

//

//

//

//

//

//

//

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _______________2009

Submitted by:

**WILDE & ASSOCIATES**

By:___ /s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:___________________________
Kenneth K. Liu
819 South 6th Street
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____________

APPROVED / DISAPPROVED

By:___________________________
David A. Rosenberg
5030 Paradise Road #215
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order _____ disapproved the form of this order

_____ waived the right to review the order and/or __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order _____ disapproved the form of this order

_____ waived the right to review the order and/or _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order _____ disapproved the form of this order

_____ waived the right to review the order and/or _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order _____ disapproved the form of this order

_____ waived the right to review the order and/or _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

_/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.
Attorney for Secured Creditor